UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ramzu Yunus

            Plaintiff(s),             Case No. 2:25-cv-12417

v.             Honorable Brandy R. McMillion

Detroit, City of             Magistrate Judge Elizabeth A. Stafford

            Defendant(s).
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned has been assigned as the magistrate judge in this action. Upon review of the record, having found cause for recusal, and pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another magistrate judge for further proceedings.

Date: August 11, 2025             s/Elizabeth A. Stafford
            Elizabeth A. Stafford
            U.S. Magistrate Judge

---

Pursuant to this order, this case is reassigned to Magistrate Judge Anthony P. Patti.
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: August 11, 2025             s/ S Schoenherr
            Deputy Clerk