UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ramzu Yunus

        Plaintiff(s),

v.

Detroit, City of

        Defendant(s).

Case No. 25-12417

Judge Brandy R. McMillion

Magistrate Judge Anthony P. Patti

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

The following documents were delivered to the United States Marshals for service of process:

1) Order Directing Service/Reservice dated 8/18/2025 ;

2) USM 285 and Summons form(s);

3) _4_ copy(ies) of Complaint.

Date: August 26, 2025

s/LGranger
Deputy Clerk

## ACKNOWLEDGMENT

UNITED STATES MARSHAL SERVICE

Date: SEP 09 2025

Signature or Stamp

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ramzu Yunus | 25-12417 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Detroit Land Bank Authority | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Detroit Land Bank Authority

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
500 Griswold Street, Suite 1200, Detroit, MI 48226

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ramzu Yunus
20177 Washburn St
Detroit, MI 48221

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 313-293-7577
DATE: 8/26/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 4
District of Origin No.: 039
District to Serve No.: 039
Signature of Authorized USMS Deputy or Clerk
Date: SEP 09 2025

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 
Time: ☐ am ☐ pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy:

Costs shown on attached USMS Cost Sheet >>

REMARKS: Tracking # 9589-0710-5270-3135-8147-47

Form USM-285
Rev. 01/21

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ramzu Yunus | 25-12417 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Detroit, City of | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
City of Detroit

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2 Woodword Avenue, Suite 500, Detroit, MI 48226

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ramzu Yunus
20177 Washburn St
Detroit, MI 48221

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
X Ramzu Yunus
TELEPHONE NUMBER: 313-293-7577
DATE: 8/26/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 4 | 039 | 039 | | SEP 09 2025 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

| Date | Time | [ ] am [ ] pm |
|---|---|---|

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS: Tracking # 9589-0710-5270-3135-8147-54

Form USM-285
Rev. 01/21

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ramzu Yunus | 25-12417 |
| DEFENDANT | TYPE OF PROCESS |
| Wayne County Treasurer | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wayne County Treasurer

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 Monroe Street, 5th floor, Detroit, MI 48226

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Ramzu Yunus<br>20177 Washburn St<br>Detroit, MI 48221 | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT

TELEPHONE NUMBER: 313-293-7577

DATE: 8/26/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 4 | District of Origin No. 039 | District to Serve No. 039 | Signature of Authorized USMS Deputy or Clerk | Date: SEP 09 2025 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Tracking # 9589-0710-5270-3135-8147-61

Form USM-285
Rev. 01/21

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Ramzu Yunus | COURT CASE NUMBER<br>25-12417 |
|---|---|
| DEFENDANT<br>Detroit Police Department | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Detroit Police Department
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1301 3rd Street, Detroit, MI 48226

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ramzu Yunus
20177 Washburn St
Detroit, MI 48221

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 313-293-7577
DATE: 8/26/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 4
District of Origin No. 039
District to Serve No. 039
Signature of Authorized USMS Deputy or Clerk
Date: SEP 09 2025

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

Date
Time [ ] am [ ] pm
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS: Tracking # 9589-0710-5270-3135-8147-78

Form USM-285
Rev. 01/21