MP

25-12417

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Detroit Land Bank Authority
500 Griswold St. STE 1200
Detroit, MI 48226

9590 9402 9282 4295 6504 93

Article Number *(Transfer from service label)*

9 0710 5270 3135 8147 47

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D.W. 2602 C19
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
C19

C. Date of Delivery
9/13/25

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☑ Signature Confirmation Restricted Delivery

Domestic Return Receipt



METROPLEX MI 480

15 SEP 2025 PM 8 L

9590 9402 9282 4295 6504 93

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

DETROIT EASTERN MICHIGAN 2025 SEP 16 AM 8:22 UNITED STATES MARSHALS SERVICE

• Sender: Please print your name, address, and ZIP+4® in this box•

USMS
231 W. LAFAYETTE
DETROIT, MI 48226

NP

25-12417

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ayne County Treasurer
00 Monroe St. 5th FL.
etroit, MI 48226

9590 9402 9282 4295 6505 16

2. Article Number (Transfer from service label)

7589 0710 5270 3135 8147 61

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jesse Connolly_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Jesse Connolly

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☑ Signature Confirmation Restricted Delivery

Domestic Return R



USPS TRACKING #

9590 9402 9282 4295 6505 16

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

USMS
231 W. LAFAYETTE
DETROIT, MI 48226

DETROIT
EASTERN MICHIGAN
2025 SEP 16 AM 8:26
UNITED STATES MARSHALS SERVICE

70099





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ity of Detroit
Woodward Ave. STE 500
etroit, MI 48226



9590 9402 9282 4295 6505 23

2. Article Number (Transfer from service label)

89 0710 5270 3135 8147 54

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Austin Miller

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

[Stamp: Delivered To * 2 * Woodward 48226 City County Building]
[Stamp: DELIVERED SEP 1 2 2025]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☑ Signature Confirmation Restricted Delivery

Domestic Return Receipt

