**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**INDEX OF EXHIBITS**

| <u>Exhibit</u> | **Description** |
|---|---|
| **1** | **Affidavit of Jean-Vierre Adams** |