# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

RAMZU YUNUS, Individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

WAYNE COUNTY TREASURER, et al

    Defendant.

Case: 2:25-12417
Hon. Brandy R. McMillion

---

**RAMZU YUNUS**
Pro Se Plaintiff
20177 Washburn St.
Detroit, MI 48221
(313) 293-7577

**JAMES HEATH (P65419)**
Wayne County Corporation Counsel
**JACOB S. GHANNAM (P30572)**
Chief Assistant Corporation Counsel –
Tax Division
Attorneys for Defendant
Wayne County Treasurer
400 Monroe Street, Suite 290
Detroit, Michigan 48226
(313) 224-6671
jghannam@waynecounty.com

---

## AFFIDAVIT OF JEAN-VIERRE ADAMS

STATE OF MICHIGAN   )
                                 ) ss
COUNTY OF WAYNE     )

1. I am the Chief Deputy Treasurer for the Office of The Wayne County Treasurer ("Treasurer") and have held this position since October 2019.

2. I am competent to testify from personal knowledge and experience and from the Property Tax Administration ("PTA") records of the Treasurer as to the facts contained in the Motion to Dismiss as it relates to the above captioned Complaint.

3. I attest that the Office of Wayne County Treasurer is the Foreclosing Governmental Unit (FGU) of the County of Wayne.

4. The Office of the Wayne County Treasurer is statutorily charged with the collection of delinquent property taxes and if uncollected, the Treasurer must foreclose upon the property.

5. The office of the Wayne County Treasurer does not assess property, evict occupants, shut off water nor does the Treasurer or members of his staff exercise any police powers, retaliatory or otherwise outside of acting as the FGU.

Further Affiant sayeth not.

Jean-Vierre Adams
Chief Deputy Treasurer
The Office of the Wayne County Treasurer

Subscribed and sworn to before me
on this 3rd day of October, 2025

Notary Public
County of Wayne, State of Michigan
My commission Expires: 10/8/2025
*Acting in Wayne County*

TIFFANI D HOLLEY
Notary Public - State of Michigan
County of Wayne
My Commission Expires Oct 8, 2025
Acting in the County of Wayne